573 A.2d 461

IN THE MATTER OF MORRIS J. STERN,* AN
ATTORNEY AT LAW.

May 8, 1990.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that MORRIS J. STERN of MAPLEWOOD, who was admitted to the Bar of this State in 1937, be suspended from the practice of law for a period of six months for his gross negligence in safeguarding client funds, in violation of DR 9–102, and good cause appearing

It is ORDERED that the findings of the Disciplinary Review Board are hereby adopted and MORRIS J. STERN is suspended from the practice of law for six months, effective May 22, 1990, and until further order of the Court; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this order and the full record of the matter, be added as a permanent part of the file of said MORRIS J. STERN as an attorney at law of the State of New Jersey; and it is further

ORDERED that MORRIS J. STERN be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended, disbarred or resigned attorneys; and it is further

---

* PRESS ADVISORY: Please be advised that there are two Morris Sterns who practice law in Maplewood. The subject of these disciplinary proceedings is Morris J. Stern, an attorney who was admitted to the bar in 1937 and who is a member of the firm of Stern and Weiss. The other Morris Stern, who is not the subject of disciplinary proceedings, is a member of the firm of Stern, Dubrow and Marcus and was admitted to the bar in 1965.

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs.